18 So.2d 693

## Harry RIVERS v. STATE.
### 4 Div. 345.

Supreme Court of Alabama.
June 22, 1944.

W. R. Belcher and Roy L. Smith, both of Phenix City, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Geo. C. Hawkins, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of Harry Rivers for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Rivers v. State, 18 So.2d 693.

Writ denied on authority of Blair v. Greene, ante, p. 28, 18 So.2d 688, and Peabody v. State, ante, p. 32, 18 So.2d 693, this day decided.

All the Justices concur, except SIMPSON, J., not sitting.